■ LAKHI SHROFF, Appellant, v ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent, et al., Defendants. [636 NYS2d 661] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Queens County (Smith, J.), dated August 18, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Smith at the Supreme Court. Mangano, P. J., Miller, Copertino, Santucci and Hart, JJ., concur.